UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61746--RAR

**GARY FIXELLE**,

    Plaintiff,

v.

**CONVERGEONE, INC.**,

    Defendant.

_____/

**ORDER DISMISSING CASE**

**THIS CAUSE** is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 20], filed on December 22, 2021. Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record